# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>ADILENE LOPEZ-JAIMES,<br><br>                    Defendant. | Case No.: 22-cr-2726-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On November 15, 2023, the Defendant filed an Unopposed Motion to Continue the Motion Hearing/Trial Setting currently set for November 17, 2023. For good cause appearing, the Court GRANTS the unopposed motion to continue [Dkt. 28] and sets the Motion Hearing/Trial Setting on January 12, 2024 at 1:30 p.m.

For the reasons set forth in the unopposed motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On November 13, 2023, a plea agreement was lodged before the Court, and a change of plea hearing is set for December 7, 2023 before the Magistrate Judge. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

1  Further, on April 24, 2023, the Defendant filed a pretrial motion that remains
2  pending. Accordingly, the Court finds that time from April 24, 2023 to January 12, 2024
3  shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.
4  18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 11/15/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE